Unsealed 10/13/16

~~SEALED~~



# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
v. )          Case No. 16- 83-UNA
)
MIGUEL PAGAN, )
  also known as )
  "Miquel Pagan" )          REDACTED
)
        Defendant. )

2016 OCT -4  AM 11:57

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### DEFINITION

For purposes of this indictment, the term "child pornography" is defined in Title 18, United States Code, Section 2256(8)(A) and includes any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. Moreover, for purposes of this indictment, the term "sexually explicit conduct" is defined in Title 18, United States Code, Section 2256(2)(A), and includes, but is not limited to, actual or simulated lascivious exhibition of the genitals or pubic area of any person.

### Count One

From on or about April 1, 2012, to on or about January 21, 2016, in the State and District of Delaware and elsewhere, the defendant, **MIGUEL PAGAN** (also known as Miquel Pagan), did knowingly possess any computer, portable digital storage device, SD memory card, and any other material that contained images of child pornography that involved a prepubescent minor

and a minor who had not attained 12 years of age, and that had been mailed and shipped and transported in interstate and foreign commerce by any mean, including by computer, and that was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; to wit, **MIGUEL PAGAN** did knowingly possess a portable digital storage device and SD memory card that contained multiple digital files containing visual depictions of a minor engaged in sexually explicit conduct, including, but not limited to, the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and 2256(2)(A) and 8(A).

## Forfeiture Count

Upon conviction for violating Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2), as set forth in Count 1 of the Indictment, the defendant, **MIGUEL PAGAN** (also known as Miquel Pagan), shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are obscene or that are or appear to be of minors engaged in sexually explicit conduct, that are produced, transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds **MIGUEL PAGAN** (also known as Miquel Pagan) obtained directly or indirectly as a result of the aforementioned violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including, but not limited to, the following items seized incident to arrest on or about January 21, 2016:

- SanDisk 512MB SD memory card
- PNY Optima 2GB SD memory card
- Black Thumb Drive
- SanDisk Micro 2GB SD memory card
- SanDisk Micro 16GB SD memory card
- SanDisk 2GB SD memory card
- Sony 16GB SD memory card
- Toshiba Satellite Laptop, MOD: C655D

- Dell Latitude Laptop, D610 SVCTAG D6DKP81
- Blue Toshiba Laptop with stickers
- Gray Toshiba Satellite Laptop
- Black and Silver Thumb Drive Camera

All pursuant to Title 18, United States Code, Sections 1467, 2253, and 2428.

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORENY

By: _____
Graham L. Robinson
Assistant United States Attorney

Dated: