# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>MIGUEL PAGAN<br>    Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **16-83-UNA**<br>§<br>§<br>§  unsealed 10/13/16<br>§  **SEALED**<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MICHAEL McGOWAN, UNITED STATES MARSHAL, DISTRICT OF DELAWARE;
WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION,
WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MIGUEL PAGAN**, who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **MIGUEL PAGAN**, is charged with POSSESSION OF CHILD PORNOGRAPHY in violation of 18 U.S.C. 2252A(a)(5)(B) and(b)(2), and 2256(a)(A) and 8(A), for an **INITIAL APPEARANCE on THURSDAY, October 13, 2016 AT 1:00 PM** and to remain in the custody of the United States Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 4th day of OCTOBER 2016.

JOHN A, CERINO, CLERK

By: _____
       Deputy Clerk