**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. Action No. 16-83-GMS |
| | ) | |
| MIGUEL PAGAN, | ) | |
| also known as | ) | |
| "Miquel Pagan," | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America, by and through David C. Weiss, United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. On April 25, 2018, the defendant pled guilty to one count of possessing child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Docket Number 45. Pursuant to his Plea Agreement, the defendant agreed "the minor victim identified in the statement of facts accompanying [the] Plea Agreement, *and any other victims identified prior to sentencing*, are entitled to restitution . . . ." Id. at ¶ 14 (emphasis added).

2. The defendant is currently scheduled for sentencing before this Court on July 25, 2018.

3. The government is still in the process of identifying the various victims portrayed in several hundred images of child pornography recovered from the defendant's computer so that any and all identified victims can recover restitution. To this end, the government requests a continuance of the sentencing date until early September, 2018.

4. The government has conferred with the defendant's attorney (Edson Bostic, Esq.). The defendant objects to the government's Motion.

5.  Should the Court grant the government's Motion, however, Mr. Bostic asked the

government to notify the Court that he is not available for sentencing from September 3

through 7 of 2018, but is available the following week beginning September 10, 2018.

**WHEREFORE**, the government respectfully requests that the Court grant its Motion to

Continue Sentencing. A proposed Order is attached.

Respectfully,

DAVID C. WEISS
United States Attorney

By:  

Graham L. Robinson
Assistant United States Attorney

Dated: June 21, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. Action No. 16-83-GMS |
| | ) | |
| MIGUEL PAGAN, | ) | |
|     also known as | ) | |
|     "Miquel Pagan," | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

**AND NOW**, this \_\_\_\_\_ day of _____, 2018, having considered

the Government's Motion to Continue Sentencing, **IT IS HEREBY ORDERED** that the

government's Motion to Continue Sentencing is **GRANTED**. The Court finds that such a

continuance is necessary and is in the interest of justice. Sentencing shall be scheduled for the

\_\_\_\_\_ day of _____, 2018, at _____ AM/PM, in Courtroom \_\_\_\_\_.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE